1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Smith, on behalf of himself and others similarly situated, | No. CV-22-01732-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Assurance IQ, LLC, d/b/a Mortgage.net, | |
| Defendant. | |

        Before the Court is the parties' Stipulation of Dismissal Without Prejudice (Doc. 29).

        **IT IS ORDERED** granting the parties' Stipulation (Doc. 29).

        **IT IS FURTHER ORDERED** dismissing this matter without prejudice, each party to bear their own fees and costs.

        **IT IS FURTHER ORDERED** vacating the Telephonic Scheduling Conference set for January 5, 2024 and all associated deadlines.

        Dated this 2nd day of January, 2024.

_____
G. Murray Snow
Chief United States District Judge